**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BAUGUS, DEBORAH JEAN § | Case No. 14-80336 |
| BAUGUS, MARK KENNETH § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  U.S. Bankruptcy Court
  Stanley J. Roszkowski U.S. Courthouse
  327 South Church Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/26/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/02/2014    By: /s/JAMES E. STEVENS
                                                                                    Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BAUGUS, DEBORAH JEAN          § Case No. 14-80336
       BAUGUS, MARK KENNETH          §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,200.00 |
| *and approved disbursements of* | $ 64.28 |
| *leaving a balance on hand of* [1] | $ 6,135.72 |
| **Balance on hand:** | $ 6,135.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Newins Insurance Agency Holdings | 50,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,135.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,370.00 | 0.00 | 1,370.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,370.00 |
| Remaining balance: | $ 4,765.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,765.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,765.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,002.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,158.13 | 0.00 | 287.99 |
| 2 | Cavalry SPV I, LLC | 3,252.65 | 0.00 | 114.82 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | 7,079.42 | 0.00 | 249.91 |
| 4 | Capital One, N.A. | 1,912.51 | 0.00 | 67.51 |
| 5U | Newins Insurance Agency Holdings | 114,600.00 | 0.00 | 4,045.49 |

Total to be paid for timely general unsecured claims: $ 4,765.72
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $           0.00
Remaining balance:  $           0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-80336-TML
Deborah Jean Baugus                                                   Chapter 7
Mark Kenneth Baugus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave           Page 1 of 2          Date Rcvd: Oct 16, 2014
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2014.
db/jdb         +Deborah Jean Baugus,    Mark Kenneth Baugus,    1464 Bailey Road,    Sycamore, IL 60178-3043
21684359       +Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
                 Chicago, Illinois 60602-4373
21495131       +Butala Funeral Homes & Crematory,    1405 Dekalb Ave,    Sycamore, IL 60178-2747
21495136      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
21495133       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21495134       +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
22009654        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21495135       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21495138       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
21495139       +Grove Dental,   6800 Main St #315,    Downers Grove, IL 60516-3475
21495141       +Newins Insurance,    5101 Darmstadt,    Hillside, IL 60162-1424
22139198       +Newins Insurance Agency Holdings,    & BP Capital Management LLC,
                 Thomas E springer,   Springer Brown LLC,    400 S County Farm Rd Ste 330,
                 Wheaton, IL 60187-4547
22138979       +Newins Insurance Agency Holdings and BP Capital Ma,    5101 Darmstady Road,
                 Hillside, IL 60162-1424
21495143      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
21683598       +Wells Fargo Bank, N.A.,    C/O PIERCE AND ASSOCIATES,    ONE NORTH DEARBORN STE. 1300,
                 CHICAGO, IL 60602-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21899404        E-mail/PDF: rmscedi@recoverycorp.com Oct 17 2014 01:41:29     Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21495132       +E-mail/Text: bankruptcy@cavps.com Oct 17 2014 01:46:24     Calvary Portfolio Services,
                 Attention:   Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
21804602       +E-mail/Text: bankruptcy@cavps.com Oct 17 2014 01:46:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21788762        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2014 01:57:31     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
21495137       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2014 01:57:31     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21495140       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 17 2014 01:38:15     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21614078        E-mail/PDF: rmscedi@recoverycorp.com Oct 17 2014 01:43:13     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
21609998        E-mail/PDF: rmscedi@recoverycorp.com Oct 17 2014 01:41:29     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                                TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21495142     ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,   1717 Central St.,   Evanston, IL 60201-1507
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                   Date Rcvd: Oct 16, 2014
                              Form ID: pdf006              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2014 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen J Costello    on behalf of Debtor Deborah Jean Baugus steve@costellolaw.com
          Stephen J Costello    on behalf of Joint Debtor Mark Kenneth Baugus steve@costellolaw.com
          Thomas E Springer    on behalf of Creditor    BP Capital Management, LLC
           tspringer@springerbrown.com, jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Creditor    Newins Insurance Agency Holdings, LLC
           tspringer@springerbrown.com, jkrafcisin@springerbrown.com
                                                                                             TOTAL: 8
```