# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BAUGUS, DEBORAH JEAN | § | Case No. 14-80336 |
| BAUGUS, MARK KENNETH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $236,550.00          Assets Exempt: $44,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,765.72      Claims Discharged
                                                Without Payment: $206,065.99

Total Expenses of Administration: $1,434.28

---

3) Total gross receipts of $ 6,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,200.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,456.00 | $50,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,434.28 | 1,434.28 | 1,434.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,144.00 | 135,002.71 | 135,002.71 | 4,765.72 |
| **TOTAL DISBURSEMENTS** | $423,600.00 | $186,436.99 | $136,436.99 | $6,200.00 |

4) This case was originally filed under Chapter 7 on February 05, 2014. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2015          By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 tax refund | 1124-000 | 6,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Newins Insurance Agency Holdings | 4120-000 | 155,000.00 | 50,000.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 174,456.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$329,456.00** | **$50,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,370.00 | 1,370.00 | 1,370.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.28 | 4.28 | 4.28 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $1,434.28 | $1,434.28 | $1,434.28 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,158.00 | 8,158.13 | 8,158.13 | 287.99 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 3,253.00 | 3,252.65 | 3,252.65 | 114.82 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 7,079.42 | 7,079.42 | 249.91 |
| 4 | Capital One, N.A. | 7100-000 | 6,904.00 | 1,912.51 | 1,912.51 | 67.51 |
| 5U | Newins Insurance Agency Holdings | 7100-000 | N/A | 114,600.00 | 114,600.00 | 4,045.49 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 35,572.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Bureaus Inc. | 7100-000 | 6,956.00 | N/A | N/A | 0.00 |
| NOTFILED | Grove Dental | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 1,912.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 21,778.00 | N/A | N/A | 0.00 |
| NOTFILED | Butala Funeral Homes & Crematory | 7100-000 | 4,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 2,066.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 3,253.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $94,144.00 | $135,002.71 | $135,002.71 | $4,765.72 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80336
**Case Name:** BAUGUS, DEBORAH JEAN
BAUGUS, MARK KENNETH
**Period Ending:** 01/21/15

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 02/05/14 (f)
**§341(a) Meeting Date:** 03/13/14
**Claims Bar Date:** 07/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence at 1464 Bailey Rd., Sycamore, | 225,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | wife's checking account at Illinois Community Cr | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, Furnishings and Supplies | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Misc books, pictures, art objects | 50.00 | 50.00 | | 0.00 | FA |
| 6 | 401k | 1,700.00 | 0.00 | | 0.00 | FA |
| 7 | 2013 tax refund | 9,789.00 | 6,289.00 | | 6,200.00 | FA |
| 8 | 2002 Toyota Sequoia 257,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Saturn Vue 75,000 miles | 5,500.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets Totals** (Excluding unknown values) | **$246,339.00** | **$6,839.00** | | **$6,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2014 **Current Projected Date Of Final Report (TFR):** October 2, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80336  
**Case Name:** BAUGUS, DEBORAH JEAN  
BAUGUS, MARK KENNETH  
**Taxpayer ID #:** **-***3643  
**Period Ending:** 01/21/15  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/14 | {7} | Deborah Baugus | 2013 federal and state income tax return | 1124-000 | 6,200.00 | | 6,200.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,190.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,180.00 |
| 06/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #14-80336, 016018067 | 2300-000 | | 4.28 | 6,175.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,165.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,155.72 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,145.72 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,135.72 |
| 11/26/14 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,370.00, Trustee Compensation; Reference: | 2100-000 | | 1,370.00 | 4,765.72 |
| 11/26/14 | 103 | Discover Bank | Dividend paid 3.53% on $8,158.13; Claim# 1; Filed: $8,158.13; Reference: | 7100-000 | | 287.99 | 4,477.73 |
| 11/26/14 | 104 | Cavalry SPV I, LLC | Dividend paid 3.53% on $3,252.65; Claim# 2; Filed: $3,252.65; Reference: | 7100-000 | | 114.82 | 4,362.91 |
| 11/26/14 | 105 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 3.53% on $7,079.42; Claim# 3; Filed: $7,079.42; Reference: | 7100-000 | | 249.91 | 4,113.00 |
| 11/26/14 | 106 | Capital One, N.A. | Dividend paid 3.53% on $1,912.51; Claim# 4; Filed: $1,912.51; Reference: | 7100-000 | | 67.51 | 4,045.49 |
| 11/26/14 | 107 | Newins Insurance Agency Holdings | Dividend paid 3.53% on $114,600.00; Claim# 5U; Filed: $114,600.00; Reference: | 7100-000 | | 4,045.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,200.00 | 6,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,200.00 | 6,200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,200.00 | $6,200.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0266** | 6,200.00 | 6,200.00 | 0.00 |
| | $6,200.00 | $6,200.00 | $0.00 |

{} Asset reference(s)

Printed: 01/21/2015 10:19 AM    V.13.20